**DIVISION OF EMPLOYMENT SECURITY, Appellant,**

v.

**THE TRAINING ASSOCIATES CORPORATION, Respondent.**

**No. WD 73948.**

Missouri Court of Appeals, Western District.

April 3, 2012.

Bart A. Matanic, Jefferson City, MO, for appellant.

David H. Luce, St. Louis, MO, for respondent.

Before Division Four: LISA WHITE HARDWICK, Chief Judge, Presiding, ALOK AHUJA, Judge and JON E. BEETEM, Special Judge.

ORDER

PER CURIAM.

The Division of Employment Security appeals the decision of the Labor and Industrial Relations Commission that Fred Egert was an independent contractor and not an employee of The Training Associates Corporation for purposes of unemployment benefits. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the Commission's decision.

AFFIRMED. Rule 84.16(b).